1   LIEFF CABRASER HEIMANN
    &amp; BERNSTEIN LLP
2   Daniel M. Hutchinson (State Bar No. 239458)
    dhutchinson@lchb.com
3   275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
4   Telephone:  (415) 956-1000
    Facsimile:   (415) 956-1008
5
    [Additional counsel listed on signature page]
6
    *Attorneys for Plaintiff and the Proposed*
7   *Classes*

APPROVED
Judge Edward J. Davila
June 28, 2016

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EHSAN AGHDASI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CLAIMS RESOURCE SERVICES, INC.,

    Defendant.

Case No. 5:16-cv-2156

**NOTICE OF**
**DISMISSAL OF ACTION**

**Judge:**    **Hon. Edward J. Davila**

Plaintiff Ehsan Aghdasi hereby provides notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is dismissed.  This dismissal shall be with prejudice.
THE CLERK SHALL CLOSE THE FILE.

Dated:  June 27, 2016          Respectfully submitted,

By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER, HEIMANN & BERNSTEIN LLP
Daniel M. Hutchinson (SBN 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
Michael J. Boyle, Jr. (State Bar No. 258560)
1320 Dublin Road, Ste. 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

SEMNAR & HARTMAN, LLP
Bob Semnar (State Bar No. 224890)
Email: bob@sandiegoconsumerattorneys.com
Jared M. Hartman (State Bar No. 254860)
Email:jared@sandiegoconsumerattorneys.com
400 South Melrose Drive, Suite 209
Vista, CA  92081
Telephone: (951) 234-0881
Facsimile: (888) 819-8230

*Attorneys for Plaintiff and the Proposed Classes*